Decided March 27, 1997

NEW ENGLAND SAVINGS BANK *v.* MEADOW LAKES REALTY COMPANY ET AL.

ANGUS MCDONALD-GARY SHARPE AND ASSOCIATES, INC. *v.* GLEN LAKES REALTY COMPANY ET AL.

The petition by the plaintiff Angus McDonald-Gary Sharpe and Associates, Inc., for certification for appeal from the Appellate Court, 44 Conn. App. 240 (AC 14162), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's mechanic's lien was invalid?"

The Supreme Court docket number is SC 15651.

*John S. Bennet,* in support of the petition.

*Michael D. Colonese,* in opposition.

Decided March 27, 1997